**Sim B. MOORE, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 04–3249.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2005.

Rehearing Denied April 20, 2005.

Before NEWMAN, MAYER, and CLEVENGER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36